THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* J. T. REYNOLDS CORPORATION, Respondent.

Argued June 2, 1942; decided July 29, 1942.

*William C. Chanler,* Corporation Counsel (*Paxton Blair* and *Irving Galt* of counsel), for appellant.

*Marcus J. Friedman* for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.